IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **CANDICE L. BOX,** )<br>　　　　　　Plaintiff, )<br>v. )<br> )<br>**GEICO CASUALTY COMPANY; GEICO GENERAL INSURANCE COMPANY; 1-20;** the person(s), firm(s) or corporation(s) who operated and/or controlled and/or insured the vehicles involved in the crash that injured the Plaintiffs at the times made the basis of this suit; **21-40,** the person(s), firm(s) or corporation(s) who was or were the principal, master, or employer of the individuals who operated and/or controlled the vehicle involved in the crash that injured the Plaintiffs at the times made the basis of this suit; **41-60,** the person(s), firm(s) or corporation(s) who negligently and/or wantonly trained, educated, supervised and/or monitored those person(s), firm(s) or corporation(s) who operated and/or controlled the truck that injured the Plaintiffs at the times made the basis of this suit; **61-80,** the person(s), firm(s) or corporation(s) responsible for and who did in fact assist or contribute in any way to the tortious conduct made the basis of this suit or who issued insurance coverage of any type that may provide for recovery; all of whose true names and legal identities are otherwise unknown to the Plaintiffs but who will be substituted by amendment when ascertained, separately and severally, )<br> )<br>　　　　　　Defendants. ) | CASE NO.<br><br>17-122 |

## COMPLAINT

Plaintiff CANDICE L. BOX files this Complaint against Defendant GEICO CASUALTY COMPANY; Defendant GEICO GENERAL INSURANCE COMPANY and fictitious defendants 1-80; individually and jointly, as follows:

**GENERAL ALLEGATIONS**

1. Plaintiff CANDICE L. BOX (sometimes referred to as "Ms. Box" or "Plaintiff") is over the age of nineteen years and is a resident of the State of Alabama, where she lives in Baldwin County.

2. Defendant GEICO CASUALTY COMPANY is an insurance corporation licensed to do business in the State of Alabama, and who did issue a policy of insurance that provides underinsured motorist coverage under which Plaintiff is an insured.

3. Defendant GEICO GENERAL INSURANCE COMPANY is an insurance corporation licensed to do business in the State of Alabama, and who did issue a policy of insurance that provides underinsured motorist coverage under which Plaintiff is an insured

4. Defendants 1-80 are fictitious defendants whose actions or inactions caused and/or contributed to cause the injuries described in detail throughout this Complaint and suffered by the Plaintiff and/or who issued insurance coverage of any type or kind that may provide recovery for Plaintiff. The names and true legal identities of fictitious defendants 1-80 are otherwise unknown at this time, but will be substituted by amendment when ascertained.

5. At all times relevant to the issues made the basis of this suit, Defendants 1-20 were acting within the line and scope of their employment as the agents, servants or employees of fictitious defendants 21-40.

6. TERRY FORREST ALLEN, JR. is over the age of nineteen years and is a resident of the State of Alabama. Further, on February 15, 2016, ALLEN was an uninsured and/or underinsured driver.

7. On February 15, 2016, in Baldwin County, Alabama, at or near County Road 49 and Cotton Stocking Lane, TERRY FORREST ALLEN, JR. was negligently and/or

recklessly operating a Ford Explorer SUV such that it crashed into the vehicle being driven by Plaintiff. This event is sometimes referred to as the "subject crash."

8.   At the time of the subject crash, Plaintiff had the right of way and was operating her vehicle in a safe manner.

9.   At the time of the subject crash, the uninsured and/or underinsured driver TERRY FORREST ALLEN, JR. did not have the right or way and was operating his vehicle in a negligent, unsafe, reckless or otherwise dangerous manner

10.   As a direct result of the subject crash, the Plaintiff was caused to suffer physical injuries and other damages.

11.   For the acts and omissions set out and described herein, and as a consequence of their physical injuries and other damages, Plaintiff seeks remedy under the applicable law.

## FIRST CAUSE OF ACTION
### (UIM)

12.   Plaintiff incorporates here all of the allegations contained in the GENERAL ALLEGATIONS as if set forth fully herein and further allege as follows:

13.   Plaintiff was insured under the terms and provisions of a policy and/or policies of insurance issued in the State of Alabama by the Defendant GEICO CASUALTY COMPANY and Defendant GEICO GENERAL INSURANCE COMPANY; and/or fictitious defendants 1 - 80.

14.   At the time and place made the basis of this Complaint, said policies of insurance covering the Plaintiff were in full force and effect. As such, under the terms and provisions of said policies of insurance, the Defendants GEICO CASUALTY COMPANY and GEICO GENERAL INSURANCE COMPANY; and/or fictitious defendants 1 - 80

agreed to and are obligated to pay all sums which the Plaintiff would be legally entitled to recover as damages from the owner or operator of any uninsured and/or under-insured motor vehicle.

15. Plaintiff further alleges that she has made demand upon Defendant GEICO CASUALTY COMPANY and Defendant GEICO GENERAL INSURANCE COMPANY to pay the uninsured and/or under-insured motorist benefits to which she is entitled under the terms and provisions of said policies of insurance, and that the Defendant GEICO CASUALTY COMPANY and Defendant GEICO GENERAL INSURANCE COMPANY have refused to honor their obligation.

WHEREFORE Plaintiff CANDICE L. BOX seeks judgment from Defendant GEICO CASUALTY COMPANY and Defendant GEICO GENERAL INSURANCE COMPANY; and fictitious defendants 81-90, individually and jointly, for all such sums as the jury may assess and are recoverable by law.

        **CUNNINGHAM BOUNDS, LLC**
        Attorneys for the Plaintiffs

        */s/ Robert L. Mitchell*
        ROBERT L. MITCHELL  [MITCR9956]
        Post Office Box 66705
        Mobile, Alabama  36660
        T: (251) 471-6191
        F: (251) 479-1031
        E: RLM@cunninghambounds.com

**The Plaintiff respectfully demands trial by jury**.

        */s/ Robert. L. Mitchell*

The Defendants may be served **VIA CERTIFIED MAIL** as follows:

**GEICO CASUALTY COMPANY**
CT Corporation System
2 North Jackson Street, Suite 605
Montgomery, AL 36104

**GEICO GENERAL INSURANCE COMPANY**
CT Corporation System
2 North Jackson Street, Suite 605
Montgomery, AL 36104

                                                   */s/ Robert. L. Mitchell*