IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| CANDICE L. BOX, | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| v. | )  CASE NO.: 1:17-cv-00122 |
| | ) |
| GEICO CASUALTY COMPANY; GEICO GENERAL INSURANCE COMPANY, | ) ) ) |
| | ) |
|     Defendants. | ) |

**INITIAL DISCLOSURES OF DEFENDANTS,
GEICO CASUALTY COMPANY AND GEICO GENERAL INSURANCE COMPANY**

COME NOW the Defendants, GEICO Casualty Company and GEICO General Insurance Company [sometimes collectively referred to as "GEICO" or "these defendants"], by and through counsel, pursuant to Rule 26 of the Federal Rules of Civil Procedure, and provides the following initial disclosures:

1. The name and, if known, the address and telephone number of each individual likely to have discoverable information – along with the subjects of that information – that the disclosing party may use to support its claims or defenses, unless the use would be solely for impeachment:

   *Response:* These defendants incorporate by reference the initial disclosures of the Plaintiff as to this item; in addition, these defendants list any first responders to the subject accident scene, any other medical provider of plaintiff which may become known

during the course of discovery, and reference the handling claims examiner at GEICO Claims, One GEICO Center, Macon, GA.

2. A copy - or a description by category and location - of all documents, electronically stored information, and tangible things that the disclosing party has in its possession, custody, or control and may use to support its claims or defenses, unless the use would be solely for impeachment:

*Response:* These defendants may use any material disclosed by any other party to this litigation; in addition: the certified copies of insurance policies relevant to this case, which were produced to plaintiff's counsel on June 23, 2017 and June 27, 2017; transcript of statement taken from Plaintiff, Candace Box, taken with permission on or about February 17, 2016; letter of February 25, 2016 from GEICO to Long & Waite; letter of February 26, 2016 from GEICO to Long & Waite; letter of September 26, 2016 from GEICO to Long & Waite; letter of January 3, 2017 from GEICO to Long & Waite; letter of January 31, 2017 from GEICO to Long & Waite.

3. A computation of each category of damages claimed by the disclosing party:

*Response:* None claimed by these defendants.

4. Produce for inspection and copying as under Rule 34, any insurance agreement under which an insurance business may be liable to satisfy all or part of a possible judgment in the action or to indemnify or reimburse for payments made to satisfy the judgment:

*Response:* this material has previously been produced to plaintiff's counsel on June 23, 2017 and June 27, 2017.

Respectfully submitted,

/s/ Victor A. DuBose
Victor A. DuBose (MB # 8934)
Attorney for GEICO General Insurance Company, Defendant

**OF COUNSEL**
Law Office of Victor A. DuBose
Employees of Government
  Employees Insurance Company
1290 Main Street, Suite A
Daphne, AL 36526
Mobile, AL  36609
Telephone:  (251) 625-4939
Facsimile:  (251) 625-4955
Email:  vdubose@geico.com

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing has been electronically filed with the Clerk of Court using the ECF system which gave notification of such filing to the following counsel of record on this the 5th day of July, 2017, and that a copy of the referenced material has been furnished to plaintiff's counsel on the date(s) noted and/or via email this day.

Robert L. Mitchell, Esq.
Cunningham Bounds, LLC
P. O. Box 66705
Mobile, AL 36660

*Counsel for Plaintiff*

/s/ Victor A. DuBose
OF COUNSEL