IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| CANDICE L. BOX,            ) | |
| ) | |
| Plaintiff,            ) | |
| ) | CASE NO.: 1:17-cv-00122-CG-M |
| v.            ) | |
| ) | |
| GEICO CASUALTY COMPANY;            ) | |
| GEICO GENERAL INSURANCE            ) | |
| COMPANY, et al,            ) | |
| ) | |
| Defendants.            ) | |

### PLAINTIFF'S NOTICE OF SERVICE OF REQUIRED EXPERT DISCLOSURES

Plaintiff hereby gives notice that the following discovery-related papers have been served to all parties via electronic mail as of today, this **11th** day of **September, 2017.**

1. Plaintiff's Rule 26(a)(2) Disclosures

2. Plaintiff's Rule 26(a)(2)(B) Report

Respectfully submitted,
 /s/  Robert L. Mitchell
ROBERT L. MITCHELL  (MITCR9956)
*Attorney for Plaintiff*

**OF COUNSEL:**
CUNNINGHAM BOUNDS, LLC
Post Office Box 66705
Mobile, Alabama 36660
(251) 471-6191 Telephone
(251) 479-1031 Facsimile
E-Mail: rlm@cunninghambounds.com

**CERTIFICATE OF SERVICE**

     I hereby certify that on this **11**[th] date of **SEPTEMBER**, 2017, I electronically filed the Notice of the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of the filing of the foregoing to all counsel of record, and/or served such pleading on all counsel of record via electronic mail.

       /s/   Robert L. Mitchell
      ROBERT L. MITCHELL  (MITCR9956)
      *Attorney for Plaintiff*