## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | |
|---|---|
| **CANDICE L. BOX,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| **v.** | )  CASE NO.:  1:17-CV-00122 |
| | ) |
| **GEICO   CASUALTY   COMPANY;** | ) |
| **GEICO   GENERAL   INSURANCE** | ) |
| **COMPANY,** | ) |
| | ) |
| **Defendants.** | ) |

### JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

COMES NOW the Plaintiff, Candice L. Box, pursuant to Rule 41(a)(1)(ii), Alabama Rules of Civil Procedure, and hereby voluntarily dismisses her Complaint, with prejudice, against the Defendants,  GEICO Casualty Company and GEICO General Insurance Company. Costs of this action are to be taxed as paid.

As the basis for said Stipulation, the parties show unto this Court that a settlement has been reached as to all controverted issues as evidenced by the signature of plaintiff and defense counsel in the case set forth below.

Respectfully submitted via the CM/ECF filing system on the 24th day of October , 2017.

_____
Robert L. Mitchell (MIT052)
Attorney for Candice L. Box, Plaintiff

**OF COUNSEL**
Cunningham Bounds, LLC
P. O. Box 66705
Mobile, AL 36660
Phone: (251) 471-6191
Fax: (251) 479-1031
Email: RLM@cunninghambounds.com

Victor A. DuBose (DUB006)
Attorney for GEICO Casualty Company and
GEICO General Insurance Company,
Defendants

**OF COUNSEL**
Law Office of Victor A. DuBose
1290 Main Street, Suite A
Daphne, AL  36526
Telephone:  (251) 625-4939
Facsimile:  (251) 625-4955
Email:  vdubose@geico.com