IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| CANDICE L. BOX, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) CIVIL ACTION NO. 17-122-CG-MU |
| | ) |
| GEICO CASUALTY COMPANY; | ) |
| GEICO GENERAL INSURANCE | ) |
| COMPANY, | ) |
| | ) |
| Defendants. | ) |

## ORDER

The parties having filed a Joint Stipulation of Dismissal with Prejudice (Doc. 24) on October 24, 2017, it is **ORDERED** that this matter be and is hereby **DISMISSED with prejudice**. Costs of this action are to be taxed as paid.

**DONE** and **ORDERED** this 24th day of October, 2017.

/s/ Callie V. S. Granade
SENIOR UNITED STATES DISTRICT JUDGE